Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
**SAVERI & SAVERI, INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: 415-217-6810
Fax: 415-217-6813

Attorneys for Plaintiff AAA Egg Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAA EGG Farm, on its own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS CORPORATION; GENERAL MOTORS OF CANADA, LTD.; FORD MOTOR COMPANY; FORD MOTOR COMPANY OF CANADA, LTD.; TOYOTA MOTOR CORPORATION; TOYOTA MOTOR SALES, U.S.A., INC.; TOYOTA CANADA, INC.; HONDA MOTOR COMPANY, LTD.; AMERICAN HONDA MOTOR COMPANY, INC.; HONDA CANADA, INC.; DAIMLERCHRYSLER AKTIENGESELLSCHAFT; DAIMLERCHRYSLER CANADA, INC.; MERCEDES-BENZ CANADA, INC.; NISSAN MOTOR COMPANY, LTD.; NISSAN NORTH AMERICA, INC.; NISSAN CANADA, INC.; BMW OF NORTH AMERICA, INC.; BMW CANADA; NATIONAL AUTOMOBILE DEALERS ASSOCIATION; and CANADIAN AUTOMOBILE DEALERS ASSOCIATION,<br><br>Defendants. | Case No. C 03-0946<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

WHEREAS, on or about March 3, 2003, Plaintiff filed the class action complaint in this action (the "Complaint"), and;

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT       1

1   WHEREAS, on or about March 10, 2003, plaintiffs in related actions filed a motion for
2   transfer, coordination and consolidation of related actions pursuant to 28 U.S.C. §1407 before the
3   Judicial Panel on Multidistrict Litigation ("MDL Panel") requesting that this action be transferred to
4   the MDL Panel and coordinated and consolidated with similar actions pending in federal district
5   courts around the nation, and;

6   WHEREAS, Defendants signing below have been served with the Complaint, and;

7   WHEREAS, nothing in this stipulation shall be deemed to waive or impact any defense of a
8   party; and

9   WHEREAS, Defendants' time to answer or otherwise respond to the Complaint very likely
10  will arrive before a decision by the MDL Panel regarding transfer, coordination and consolidation,
11  and;

12  WHEREAS, Defendants signing below have requested that Plaintiff agree to an extension of
13  time in which all Defendants shall be required to answer or otherwise respond to the Complaint, and;

14  WHEREAS, Plaintiff do not object to the granting of an extension of time for Defendants to
15  answer or otherwise respond to the Complaint,

16  THEREFORE, IT IS STIPULATED AND AGREED, PENDING APPROVAL OF THIS
17  COURT, that Defendants signing below, as well as any other defendants served in this case, shall
18  have 120 days from receipt of service of the Complaint or, alternatively, 21 days from the date on
19  which the cases are consolidated, to answer or otherwise respond to the Complaint, whichever is
20  longer.

21  DATED: March 26, 2003            SAVERI & SAVERI, INC.

22                                   By: /s/ Guido Saveri
23                                        Guido Saveri

24                                   R. Alexander Saveri
                                     Geoffrey C. Rushing
25                                   Cadio Zirpoli
                                     111 Pine Street, Suite 1700
26                                   San Francisco, CA 94111-3600
                                     Telephone: 415-217-6810
27                                   Fax: 415-217-6813

28                                   Counsel for Plaintiff AAA Egg Farm

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND
TO COMPLAINT                                       2

| | |
|---|---|
| 1 | |
| 2  DATED: March 26, 2003 | **BINGHAM MCCUTCHEN LLP** |
| 3 | By: _Daniel L. Goldberg// w/permission_<br>     Daniel L. Goldberg |
| 4 | 150 Federal Street |
| 5 | Boston, MA 02110<br>Telephone: 617-951-8000 |
| 6 | |
| 7 | Counsel for Defendant BMW of North America LLC |
| 8  DATED: March __, 2003 | **KIRKLAND & ELLIS** |
| 9 | By: _____<br>     David Zott |
| 10 | |
| 11 | Robert Ellis<br>Richard C. Godfrey |
| 12 | 200 East Randolph Drive<br>Chicago, Illinois 60601 |
| 13 | |
| 14 | Counsel for Defendant General Motors Corp. |
| 15  DATED: March __, 2003 | **KEKER & VAN NEST, L.L.P.** |
| 16 | |
| 17 | By: _____<br>     Robert A. Van Nest |
| 18 | 710 Sansome Street |
| 19 | San Francisco, California 94111 |
| 20 | Counsel for Defendant American Honda Motor |
| 21 | Company, Inc. |
| 22  DATED: March __, 2003 | **CLEARY, GOTTLIEB, STEEN & HAMILTON** |
| 23 | |
| 24 | By: _____<br>     Michael R. Lazerwitz |
| 25 | |
| 26 | 2000 Pennsylvania Avenue, N.W., Suite 9000<br>Washington, District of Columbia 20006 |
| 27 | Counsel for Defendant Toyota Motor Sales, |
| 28 | U.S.A., Inc. |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

3

| | |
|---|---|
| 1 | |
| 2 DATED: March __, 2003 | BINGHAM MCCUTCHEN LLP |
| 3 | By: _____<br>Daniel L. Goldberg |
| 4 | 150 Federal Street |
| 5 | Boston, MA 02110<br>Telephone: 617-951-8000 |
| 6 | |
| 7 | Counsel for Defendant BMW of North America LLC |
| 8 DATED: March 26, 2003 | KIRKLAND & ELLIS<br>By: /s/ David Zott<br>David Zott |
| 9 | |
| 10 | |
| 11 | Robert Ellis<br>Richard C. Godfrey |
| 12 | 200 East Randolph Drive<br>Chicago, Illinois 60601 |
| 13 | |
| 14 | Counsel for Defendant General Motors Corp. |
| 15 DATED: March __, 2003 | KEKER & VAN NEST, L.L.P. |
| 16 | |
| 17 | By: _____<br>Robert A. Van Nest |
| 18 | 710 Sansome Street |
| 19 | San Francisco, California 94111 |
| 20 | Counsel for Defendant American Honda Motor |
| 21 | Company, Inc. |
| 22 DATED: March __, 2003 | CLEARY, GOTTLIEB, STEEN & HAMILTON |
| 23 | |
| 24 | By: _____<br>Michael R. Lazerwitz |
| 25 | |
| 26 | 2000 Pennsylvania Avenue, N.W., Suite 9000<br>Washington, District of Columbia 20006 |
| 27 | Counsel for Defendant Toyota Motor Sales, |
| 28 | U.S.A., Inc. |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

3

|   |   |
|---|---|
| DATED: March __, 2003 | **BINGHAM MCCUTCHEN LLP**<br><br>By: _____<br>　　　Daniel L. Goldberg<br><br>150 Federal Street<br>Boston, MA 02110<br>Telephone: 617-951-8000<br><br>Counsel for Defendant BMW of North America LLC |
| DATED: March __, 2003 | **KIRKLAND & ELLIS**<br><br>By: _____<br>　　　David Zott<br><br>Robert Ellis<br>Richard C. Godfrey<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br><br>Counsel for Defendant General Motors Corp. |
| DATED: March 26, 2003 | **KEKER & VAN NEST, L.L.P.**<br><br>By: _____/s/_____<br>　　　Robert A. Van Nest / RAGESH TANGRI<br><br>710 Sansome Street<br>San Francisco, California 94111<br><br>Counsel for Defendant American Honda Motor Company, Inc. |
| DATED: March __, 2003 | **CLEARY, GOTTLIEB, STEEN & HAMILTON**<br><br>By: _____<br>　　　Michael R. Lazerwitz<br><br>2000 Pennsylvania Avenue, N.W., Suite 9000<br>Washington, District of Columbia 20006<br><br>Counsel for Defendant Toyota Motor Sales, U.S.A., Inc. |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

3

| | |
|---|---|
| 1 | **BINGHAM MCCUTCHEN LLP** |
| 2  DATED: March __, 2003 | |
| 3 | By: _____ |
| | Daniel L. Goldberg |
| 4 | 150 Federal Street |
| 5 | Boston, MA 02110 |
| | Telephone: 617-951-8000 |
| 6 | |
| | Counsel for Defendant BMW of North America LLC |
| 7 | |
| 8 | **KIRKLAND & ELLIS** |
| DATED: March __, 2003 | |
| 9 | By: _____ |
| | David Zott |
| 10 | |
| 11 | Robert Ellis |
| | Richard C. Godfrey |
| 12 | 200 East Randolph Drive |
| | Chicago, Illinois 60601 |
| 13 | |
| 14 | Counsel for Defendant General Motors Corp. |
| 15 | **KEKER & VAN NEST, L.L.P.** |
| DATED: March __, 2003 | |
| 16 | |
| 17 | By: _____ |
| | Robert A. Van Nest |
| 18 | |
| | 710 Sansome Street |
| 19 | San Francisco, California 94111 |
| 20 | |
| | Counsel for Defendant American Honda Motor Company, Inc. |
| 21 | |
| 22 | **CLEARY, GOTTLIEB, STEEN & HAMILTON** |
| DATED: March 26, 2003 | |
| 23 | |
| 24 | By: /s/ Michael R. Lazerwitz /MJW |
| | Michael R. Lazerwitz |
| 25 | |
| 26 | 2000 Pennsylvania Avenue, N.W., Suite 9000 |
| | Washington, District of Columbia 20006 |
| 27 | |
| | Counsel for Defendant Toyota Motor Sales, |
| 28 | U.S.A., Inc. |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

3

| | |
|---|---|
| DATED: March __, 2003 | **HOWREY SIMON ARNOLD & WHITE, LLP**<br><br>By: _Margaret M. Zwisler_ /s/ w/ permission SA<br>        Margaret M. Zwisler<br><br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br><br>Counsel for Defendant Ford Motor Company |
| DATED: March 26, 2003 | **GIBSON, DUNN & CRUTCHER LLP**<br><br>By: _Robert E. Cooper_ /s/ w/ permission<br>        Robert E. Cooper<br><br>333 South Grand Avenue<br>Los Angeles, CA 90071<br><br>Counsel for Defendant Nissan North America, Inc. |

### ORDER

The Court having considered the facts presented above and the relief requested, and good cause appearing therefore, it is ORDERED that Defendants signing this Stipulation And [Proposed] Order Extending Time For Defendants To Respond To Complaint, as well as any other defendants served in this case, shall have 120 days from receipt of service of the Complaint or, alternatively, 21 days from the date on which the cases are consolidated, to answer or otherwise respond to the Complaint, whichever is longer.

March __, 2003

_____
United States District Court Judge

# CERTIFICATE OF SERVICE

I, John Webb, declare that I am over the age of 18 years and not a party to this action. My business address is 111 Pine Street, San Francisco, CA 94111. On March 26, 2003, I served the within **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** on the following:

Glenn A. Mitchell
STEIN, MITCHELL & MEZINES
1100 Conn. Ave., Suite 1100
Washington, DC 20036

Daniel L. Goldberg
BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA 02110

Robert Ellis
Richard C. Godfrey
David Zott
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601

Ragesh Tangri
KEKER & VAN NEST, L.L.P.
710 Sansome Street
San Francisco, CA 94111

Michael R. Lazerwitz
CLEARY, GOTTLIEB, STEEN & HAMILTON
2000 Pennsylvania Ave., N.W., Suite 9000
Washington, DC 20006

Margaret M. Zwisler
BOWREY SIMON ARNOLD & WHITE, LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Robert E. Cooper
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071

by placing same in sealed envelopes, addressed as shown above, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct

Executed at San Francisco, California, on March 26, 2003

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
5

## CERTIFICATION OF SIGNATURES PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45, I, John Webb, hereby certify that concurrence in the filing of this document has been obtained from each of the signatories. A scanned copy of the executed signature pages is attached.

John Webb